IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-130 |
| ASHLEY N. HARRISON, | : |
| Defendant. | : |

### FELONY INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about March 16, 2006, in the District of Delaware, ASHLEY N. HARRISON, defendant herein, knowing and intentionally used a communication facility, to wit, a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 841(a), (b)(1)(A) and 846, to wit, conspiracy to distribute more than fifty grams of a mixture and substance containing a detectable amount of cocaine base.

All in violation of Title 21, United States Code, Section 843(b).

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney

Dated: October 3, 2007



FILED
OCT 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE