IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 07-130 GMS ) |
| ASHLEY N. HARRISON, | ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 10th day of October, 2007, having been advised by counsel that defendant intends to plead guilty to the felony information;

IT IS ORDERED that an initial appearance/plea hearing is scheduled for **Thursday, October 11, 2007, at 3:15 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE