IN THE UNITED STATES COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-130-GMS |
| | ) | |
| ASHLEY HARRISON, | ) | |
| Defendant. | ) | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Douglas McCann, Assistant U.S. Attorney, as attorney of record for the United States and enter the appearance of Shawn A. Weede, Assistant U.S. Attorney, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: June 25, 2008