PS 8
(Rev 02/94)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,    )
    )
    **Plaintiff,**    )
    )
    **vs.**    )    **Criminal Action No. 1:07CR00130-001 GMS**
    )
Ashley Harrison    )
    )
    **Defendant**    )

### Petition for Action on Conditions of Pretrial Release

COMES NOW NANCY A. KLINGLER PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant  Ashley Harrison who was placed under pretrial release supervision by the Honorable Gregory M. Sleet sitting in the court at Wilmington, Delaware, on the 12th day of June 2007 under the following conditions:

The defendant shall avoid all contact with any persons who are or may become a victim or potential witness in the investigation.
The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.
The defendant shall refrain from any use of alcohol.
The defendant shall refrain from any use of unlawful possession of a narcotic drug or other controlled substance.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER**...the issuance of an arrest warrant so that Ashley N. Harrison may be brought before the court for a hearing to determine if she has violated the conditions of pretrial release.

ORDER OF COURT

So ordered this 26  day

of _____, 2008

Chief U. S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

Nancy A. Klingler
U. S. Pretrial Services Officer

Executed on    June 24, 2008

Place    Dover, Delaware

FILED

JUN 2 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Mandatory Condition:** The defendant shall not commit any offense in violation of federal, state or local law while on release on this case.

**Condition #7(p):** The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance.

**Evidence:** On June 24, 2008, the defendant was arrested by Dover Police and charged with possession with intent to deliver crack cocaine, possession with intent to deliver marijuana, possession of crack cocaine within 300 feet of a church, possession of marijuana within 300 feet of a church, maintaining a vehicle to store drugs, and possession of drug paraphernalia. According to a criminal complaint, police found the defendant to be in possession of 1.5 grams of marijuana and 6.7 grams of crack cocaine.